THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QT, INC., | ) | Case No. 07 B 03227 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Q-RAY COMPANY, | ) | Case No. 07 B 03228 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| QUE T. PARK, | ) | Case No. 07 B 03217 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |

**ORDER GRANTING FINAL APPLICATION OF KATTEN
MUCHIN ROSENMAN LLP, AS COUNSEL TO EXAMINER,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This matter coming to be heard upon the Final Application of Katten Muchin Rosenman LLP for Allowance of Compensation and Reimbursement of Expenses (the "*Application*"); it appearing to the Court that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; the Court finding that proper and adequate notice of the Application has been given and that no other or further notice is necessary; it appearing that there are no objections to the Application; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein;

CHI02_60572585_1

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. The Application is approved and granted in its entirety.

2. Katten is granted final allowance of compensation for legal services rendered during the Application Period in the amount of $244,845.00.

3. Katten is granted final allowance of reimbursement for actual, reasonable, and necessary out-of-pocket costs and expenses incurred during the Application Period in the amount of $4,279.09.

4. The Debtors are hereby authorized and directed to pay Katten $249,124.09 for the above amounts.

ENTER:

Dated: _____, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

CHI02_60572585_1