# EXHIBIT 1

| Date | Name | Hours | Rate | | Amount | | Description |
|------|------|-------|------|---|--------|---|-------------|
| 5/16/2007 | M. Terpstra | 6.00 | $ | 350.00 | $ | 2,100.00 | Review of bakground materials and meeting with attorneys Ross Silverman and Dean Hoffman. |
| 5/17/2007 | M. Nielsen | 5.00 | $ | 200.00 | $ | 1,000.00 | Review and analysis of specific transactions in the general ledgers of QT and Q Ray. |
| 5/17/2007 | M. Terpstra | 5.00 | $ | 350.00 | $ | 1,750.00 | Review and analysis of specific transactions in the general ledgers of QT and Q Ray. |
| 5/18/2007 | M. Nielsen | 9.00 | $ | 200.00 | $ | 1,800.00 | Review and analysis of specific transactions in the general ledgers of QT and Q Ray. |
| 5/18/2007 | M. Terpstra | 2.00 | $ | 350.00 | $ | 700.00 | Review and analysis of specific transactions in the general ledgers of QT and Q Ray. |
| 5/21/2007 | M. Nielsen | 10.00 | $ | 200.00 | $ | 2,000.00 | Review and analysis of specific transactions in the general ledgers of QT and Q Ray. |
| 5/21/2007 | M. Terpstra | 6.00 | $ | 350.00 | $ | 2,100.00 | Perform inquiries in Quickbooks on selected transaction for QT, Inc. and Q Ray Co. |
| 5/22/2007 | B. Blood | 3.00 | $ | 170.00 | $ | 510.00 | Transaction analysis and meetings with counsel. |
| 5/22/2007 | M. Terpstra | 9.50 | $ | 350.00 | $ | 3,325.00 | Transaction analysis and meetings with counsel. |
| 5/22/2007 | M. Nielsen | 10.00 | $ | 200.00 | $ | 2,000.00 | Create and combine schedules of assets for QT, Inc., Q-Ray Co., and Que Te Park (3.5); Record transfer of funds from QT, Inc., Q-Ray Co., and Que Te Park to various parties (3.0) |
| 5/23/2007 | B. Blood | 6.50 | $ | 170.00 | $ | 1,105.00 | Transaction analysis and meeting with Debtors and their counsel. |
| 5/23/2007 | M. Nielsen | 12.00 | $ | 200.00 | $ | 2,400.00 | Transaction analysis and meeting with Debtors and their counsel. |
| 5/23/2007 | M. Terpstra | 11.00 | $ | 350.00 | $ | 3,850.00 | Transaction analysis and meeting with Debtors and their counsel. |
| 5/29/2007 | M. Nielsen | 1.50 | $ | 350.00 | $ | 525.00 | Read documents provided by Examiner. |
| 5/30/2007 | M. Nielsen | 8.00 | $ | 200.00 | $ | 1,600.00 | Transaction analysis and meeting with Debtors and their counsel. |
| 5/30/2007 | M. Terpstra | 7.50 | $ | 350.00 | $ | 2,625.00 | Transaction analysis and meeting with Debtors and their counsel. |
| 5/31/2007 | M. Nielsen | 2.50 | $ | 200.00 | $ | 500.00 | Transaction analysis in QuickBooks. |
| 5/31/2007 | M. Terpstra | 2.50 | $ | 350.00 | $ | 875.00 | Transaction analysis and research of IRS regulations related to Qualified Settlement Funds. |
| 6/1/2007 | M. Nielsen | 1.00 | $ | 200.00 | $ | 200.00 | Transaction analysis in QuickBooks. |
| 6/1/2007 | M. Terpstra | 7.00 | $ | 350.00 | $ | 2,450.00 | Meeting at KMR with members of the FTC (4.0); Meeting with counsel to discuss follow-up (2.0); Discuss QSF rules with tax department (1.0) |
| 6/4/2007 | M. Nielsen | 3.00 | $ | 200.00 | $ | 600.00 | Read report and verify amounts in general ledgers. |
| 6/4/2007 | M. Terpstra | 6.50 | $ | 350.00 | $ | 2,275.00 | Transaction analysis and report review. |
| 6/5/2007 | M. Nielsen | 1.00 | $ | 200.00 | $ | 200.00 | Transaction research in general ledger. |
| 6/5/2007 | M. Terpstra | 9.50 | $ | 350.00 | $ | 3,325.00 | Meeting with Debtors and their counsel (5.0)  Meetings with Examiner and his counsel (4.5). |
| 6/6/2007 | M. Terpstra | 6.50 | $ | 350.00 | $ | 2,275.00 | Transaction analysis and report review (4.0); Review new documents submitted by Debtors (2.5). |
| 6/7/2007 | M. Terpstra | 9.50 | $ | 350.00 | $ | 3,325.00 | Meetings with Examiner, Debtors' counsel, and the FTC. |

Review final draft of report (1.5);  Review new documents submitted by Debtors (1.0).

| | | | | |
|---|---|---|---|---|
| 6/8/2007 | M. Terpstra | 2.50 | $ 350.00 | $   875.00 |
| | | | | $ 46,290.00 |