# Exhibit A

**Compilation of June 15, 2007, through October 31, 2007,
Compensation and Expense Reimbursement**

The K&E attorneys who rendered professional services in this case from June 15, 2007 through October 31, 2007 (the "Second Interim Fee Period") are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Anthony J Casey | Associate | 2003 | Litigation | 465.00 | 3.60 | $1,674.00 |
| Wendy N Epstein | Associate | 2003 | Litigation | 395.00 | 3.50 | $27,656.50 |
| | | | | 435.00 | 60.40 | |
| Chad J Husnick | Associate | 2004 | Restructuring | 415.00 | 9.00 | $6,199.50 |
| | | | | 465.00 | 5.30 | |
| Brenton A Rogers | Associate | 2007 | Litigation | 355.00 | 9.30 | $3,301.50 |
| J Robert Robertson, P.C. | Partner | 1990 | Litigation | 685.00 | 3.20 | $2,192.00 |
| Brian D Sieve, P.C. | Partner | 1988 | Litigation | 675.00 | 6.10 | $4,117.50 |
| Helen E Witt, P.C. | Partner | 1982 | Litigation | 705.00 | 36.80 | $25,944.00 |
| **Totals for Attorneys** | | | | | 137.20 | $71,085.00 |

The K&E paraprofessionals who rendered professional services in this case during the Second Interim Fee Period are:

| Name of Paraprofessional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jesse Aguilar | Legal Assistant | 19 Years | Restructuring | 220.00 | 0.50 | $110.00 |
| David Andrews | Legal Assistant | 1 Year | Restructuring | 190.00 | 2.70 | $513.00 |
| David Helstowski | Project Assistant | 1 Year | Restructuring | 145.00 | 1.60 | $232.00 |
| Cara S. Malcolm | Legal Assistant | 2 Years | Litigation | 200.00 | 15.60 | $3,120.00 |
| Maureen McCarthy | Legal Assistant | 5 Years | Restructuring | 190.00 | 2.90 | $1,915.00 |
| | | | | 220.00 | 6.20 | |
| Scott F. Walker | Legal Assistant | 2 Years | Restructuring | 190.00 | 0.80 | $152.00 |
| **Totals for Paraprofessionals** | | | | | 30.30 | **$6,042.00** |

Total of Fees: $77,127.00
Total hours billed for fee period: 167.50
Blended rate for Second Interim Fee Period: $460.46

A-2

## Compensation by Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 1 | QT, Inc. Appeal | 132.10 | $65,310.50 |
| 2 | Fee Application Filing | 35.40 | $11,816.50 |
| **Totals for Matters** | | **167.50** | **$77,127.00** |

## Expense Summary

| Service Description | Service Provider, if applicable[1] | Amount |
|---|---|---|
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | $554.20 |
| Binding | Internal (Kirkland & Ellis LLP) | $38.50 |
| Tabs/Indexes/Dividers | Internal (Kirkland & Ellis LLP) | $0.40 |
| Scanned Images | Internal (Kirkland & Ellis LLP) | $0.00 |
| CD-ROM Duplicates | Internal (Kirkland & Ellis LLP) | $21.00 |
| CD-ROM Master | Internal (Kirkland & Ellis LLP) | $21.00 |
| Standard Prints | Internal (Kirkland & Ellis LLP) | $147.10 |
| Standard Prints NY | Internal (Kirkland & Ellis LLP) | $13.50 |
| Postage | U.S. Postal Service | $139.41 |
| Overnight Delivery | | $708.15 |
| Local Transportation | | $14.00 |
| Calendar/Court Services | | $175.00 |
| Computer Database Research | | $100.05 |
| Overtime Transportation | | $271.20 |
| Overtime Meals | | $72.00 |
| Secretarial Overtime | | $228.98 |
| **Totals for Expenses** | | **$2,504.49** |

---

[1] Kirkland & Ellis LLP may use one or more service providers. The service providers identified above are the primary service provider for the categories described.

A-3

## Compilation of March 15, 2007, through October 31, 2007, Compensation and Expense Reimbursement

The K&E attorneys who rendered professional services in this case from March 15, 2007 through October 31, 2007 (the "Final Fee Period") are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Anthony J. Casey | Associate | 2002 | Litigation | $435.00 | 45.90 | $21,640.50 |
| | | | | $465.00 | 3.60 | |
| Wendy N. Epstein | Associate | 2003 | Litigation | $395.00 | 348.90 | $164,089.50 |
| | | | | $435.00 | 60.40 | |
| Chad J. Husnick | Associate | 2004 | Restructuring | $415.00 | 12.80 | $7,776.50 |
| | | | | $465.00 | 5.30 | |
| Brenton A. Rogers | Associate | 2007 | Litigation | $315.00 | 165.80 | $55,528.50 |
| | | | | $355.00 | 9.30 | |
| J Robert Robertson, P.C. | Partner | 1990 | Litigation | $685.00 | 3.20 | $2,192.00 |
| Brian D. Sieve, P.C. | Partner | 1988 | Litigation | $675.00 | 6.10 | $4,117.50 |
| Helen E. Witt, P.C. | Partner | 1982 | Litigation | $705.00 | 93.30 | $65,776.50 |
| **Totals for Attorneys** | | | | | 754.60 | $321,121.00 |

The K&E paraprofessionals who rendered professional services in this case during the Final Fee Period are:

| Name of Paraprofessional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jesse Aguilar | Legal Assistant | 19 Years | Restructuring | $220.00 | 0.50 | $110.00 |
| David Andrews | Legal Assistant | 1 Year | Restructuring | $190.00 | 4.90 | $931.00 |
| Linda J. DiFillipo | Technology Services | 15 Years | Litigation | $200.00 | 0.30 | $60.00 |
| Holly M. Fisher | Legal Assistant | 16 Years | Litigation | $245.00 | 0.40 | $98.00 |
| David Helstowski | Project Assistant | 1 Years | Restructuring | $145.00 | 1.60 | $232.00 |
| Cara S. Malcolm | Legal Assistant | 2 Years | Litigation | $175.00 | 70.40 | $15,440.00 |
| | | | | $200.00 | 15.60 | |
| Maureen McCarthy | Legal Assistant | 5 Years | Restructuring | $190.00 | 12.00 | $3,644.00 |
| | | | | $220.00 | 6.20 | |
| Scott F. Walker | Legal Assistant | 2 Years | Restructuring | $190.00 | 3.00 | $570.00 |
| Library Research | Research Specialist | N/A | Administrative Services | $195.00 | 1.50 | $292.50 |
| **Totals for Paraprofessionals** | | | | | 116.40 | $21,377.50 |

Total of Fees: $342,498.50
Total hours billed for fee period: 871.00
Blended rate for Interim Fee Period: $393.22

## Compensation by Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 1 | QT, Inc. Appeal | 819.50 | $327,062.00 |
| 2 | Fee Application Filing | 51.50 | $15,436.50 |
| Totals | | 871.00 | $342,498.50 |

## Expense Summary

| Service Description | Service Provider, if applicable[2] | Amount |
|---|---|---|
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | $3,838.60 |
| Binding | Internal (Kirkland & Ellis LLP) | $38.50 |
| Tabs/Indexes/Dividers | Internal (Kirkland & Ellis LLP) | $3.40 |
| CD-ROM Duplicates | Internal (Kirkland & Ellis LLP) | $28.00 |
| CD-ROM Master | Internal (Kirkland & Ellis LLP) | $21.00 |
| Standard Prints | Internal (Kirkland & Ellis LLP) | $147.10 |
| Standard Prints NY | Internal (Kirkland & Ellis LLP) | $13.50 |
| Color Prints | Internal (Kirkland & Ellis LLP) | $105.50 |
| Postage | U.S. Postal Service | $231.81 |
| Overnight Delivery | | $1,372.03 |
| Local Transportation | | $40.00 |
| Court Reporter Fee/Deposition | | $761.75 |
| Filing Fees | | $455.00 |
| Calendar/Court Services | | $400.00 |
| Computer Database Research | | $139.49 |
| Outside Copying/Binding | | $1,976.26 |
| Overtime Transportation | | $271.20 |
| Overtime Meals | | $72.00 |
| Secretarial Overtime | | $228.98 |
| **Total** | | **$10,144.12** |

---

[2] Kirkland & Ellis LLP may use one or more service providers. The service providers identified above are the primary service provider for the categories described.