**<u>Exhibit B</u>**

1673019.1

# O'Keefe Lyons & Hynes, LLC

30 North LaSalle Street
Suite 4100
Chicago, Illinois 60602
312.621.0400
Facsimile
312.621.0297

June 10, 2008

Barbara Johnson
Direct 312.422.9173
barbarajohnson@okeefe-law.com

**VIA ELECTRONIC &**
**REGULAR MAIL DELIVERY**

Ms. Melissa Hinds
Attorney at Law
Jenner & Block, LLP
330 N. Wabash, 38th Floor
Chicago, IL 60056

Re: 500 W. Algonquin Road, Mt. Prospect, Illinois, Elk Grove Township;
Volume: 050; Permanent Index Number: 08-23-203-037-0000

Dear Ms. Hinds,

I am pleased to enclose a copy of the 2007 Notice of Findings issued by the Cook County Board of Review in response to a complaint and brief prepared and argued by this firm on the above referenced property. In response to our complaint, the assessment has been reduced as shown below. The assessment has been certified by the Board of Review to the Illinois Department of Revenue and shall be the basis of the 2007 second installment tax bill.

Shown below is a comparison between the 2007 assessed valuation established by the Assessor and resultant Cook County real property tax and the final valuation and tax resulting from the complaint filed by this firm with the Board of Review. The comparison is as follows:

|  | **Assessed Value** | **Tax** |
|---|---|---|
| **Assessor Certified** | 681,020 | $128,356 |
| **Board Certified** | 604,198 | 113,877 |
| **Reduction** | 76,822 | $ 14,479 |

The tax shown is computed by multiplying the assessed valuation by the state equalization factor of 2.7076 to arrive at the equalized assessed valuation. The equalized assessed valuation is then multiplied by the tax rate of $6.961 per $100 of equalized assessed valuation to arrive at the Cook County real property tax. The equalization factor and tax rate utilized in this computation are those applied to the tax year 2006, the last year for which those rates are available. We are unable, with any degree of certainty, to project the

# O'Keefe Lyons & Hynes, LLC

Ms. Melissa Hinds
June 10, 2008
Page 2

2007 taxes. There will be some variance when the 2007 second installment tax bills are issued later this summer/fall.

The assessment established for 2007 shall apply to the entire triennial period (2007-2009) absent a change in the facts and circumstances surrounding the property. As a result, the annual tax reduction projected above in the amount of $14,479 translates to an estimated three year reduction of $43,437.

We are satisfied that the 2007 assessed valuation is reasonable and equitable. The 2007 corrected assessed value reflects a fair market value of $604,200. The 2007 corrected assessed value represents the appraised value and the value we requested and a 9.4% increase over the prior year assessed value.

Given the overall increase in the assessment base in Elk Grove Township, we do not anticipate that the percentage increase in the assessed value will equal the same increase in tax. Historically, when there is an increase in the assessment base due to triennial reassessment, there is a decrease in the equalized tax rate. In 2004, the last triennial reassessment of Elk Grove Township, the equalized tax rate decreased 3.5%. If that occurs in 2007, the tax increase could be limited to approximately 7% with a tax of approximately $111,050.

While additional appeals are available to you, it is our opinion that we could not sustain a further reduction in the assessed value of this property. Accordingly, we shall not undertake a further appeal of the assessment.

I am enclosing our statement for services rendered in connection with this matter. Please note that at the request of Andrew Olejnik, on behalf of the Bankruptcy Trustee, we advanced the fee for the appraisal. The same is shown separate from our fee. We appreciate the opportunity to be of service. Contact me should you have any questions.

Very truly yours,

Barbara Johnson

BJ/ls
Enclosure



# COOK COUNTY BOARD OF REVIEW

118 NORTH CLARK STREET
ROOM 601 COUNTY BUILDING
CHICAGO, ILLINOIS 60602
TEL: (312) 603-5542
FAX: (312) 603-3479

JOSEPH BERRIOS
CHAIRMAN

BRENDAN F. HOULIHAN
COMMISSIONER

LARRY R. ROGERS, JR.
COMMISSIONER

05/19/2008
CLASS: 05-17
B/R COMPLAINT TYPE: A

MAY 2 0 2008

Dear Complainant,

After consideration of any evidence or facts submitted and pursuant to their powers and authority under the Illinois Property Tax Code, Joseph Berrios, Brendan F. Houlihan, and Larry R. Rogers, Jr., Commissioners of the Board of Review of Cook County, are pleased to inform you that as a result of the hearing on your complaint they have directed the Assessor to reduce the assessed value of your property as shown below.

The decrease is the result of consideration given to cost, income, or market data, and/or your appraisal.

### 2007 ASSESSED VALUATIONS

| PROPERTY NUMBER | BOARD COMPLAINT | ASSESSOR ORIGINAL | BOARD OF REVIEW FINAL | CHANGE |
|---|---|---|---|---|
| 08-23-203-037-0000 | 169459-001 | 681,020 | 604,198 | 76,822- |

This reduced final Board 2007 valuation will be equalized by the Illinois Department of Revenue, as provided by law.

If you are dissatisfied with your 2007 real estate assessment, you have the following option:

1. You may appeal this decision to the Property Tax Appeal Board at the Stratton Office Building, Room 402, 401 South Spring Street, Springfield, Illinois 62706-0002, Tel: 217-782-6076, by filing a petition for review with the Illinois Property Tax Appeal Board within 30 days after the date of this notice or within 30 days after the date the Board of Review transmits to the County Assessor pursuant to Sec 16-125(35 ILCS 200/16-125) its final action on the Township in which your property is located, whichever is later.
   -- OR --
2. You may file a tax objection complaint in the Circuit Court of Cook County, Illinois. If you choose this option, please consult the laws concerning the procedure for proceeding in court.

In addition, you may file a new complaint at the Board of Review next year for 2008 with any new evidence.

Sincerely,

Joseph Berrios    Brendan F. Houlihan    Larry R. Rogers, Jr.
Commissioner      Commissioner            Commissioner

O'KEEFE LYONS HYNES
BARBARA   JOHNSON
30 N LASALLE STE 4100
CHICAGO    IL  60602

Q + T
500 W. Algonquin
Elk Gv.

FBA2

# O'Keefe Lyons & Hynes, LLC

30 North LaSalle Street
Suite 4100
Chicago, Illinois 60602
312.621.0400
Facsimile
312.621.0297

June 10, 2008

Barbara Johnson
Direct 312.422.9173
barbarajohnson@okeefe-law.com

**VIA ELECTRONIC &**
**REGULAR MAIL DELIVERY**

Ms. Melissa Hinds
Attorney at Law
Jenner & Block, LLP
330 N. Wabash, 38th Floor
Chicago, IL 60056

Re:   680 Fargo Avenue, Elk Grove Village, Illinois; Elk Grove Township;
      Volume: 050; Permanent Index Number: 08-27-300-037-0000

Dear Ms. Hinds,

I am pleased to enclose a copy of the 2007 Notice of Findings issued by the Cook County Board of Review in response to a complaint and brief prepared and argued by this firm on the above referenced property. In response to our complaint, the assessment has been reduced as shown below. The assessment has been certified by the Board of Review to the Illinois Department of Revenue and shall be the basis of the 2007 second installment tax bill.

Shown below is a comparison between the 2007 assessed valuation established by the Assessor and resultant Cook County real property tax and the final valuation and tax resulting from the complaint filed by this firm with the Board of Review. The comparison is as follows:

|  | Assessed Value | Tax |
|---|---|---|
| **Assessor Certified** | 389,507 | $66,283 |
| **Board Certified** | 296,998 | 50,541 |
| **Reduction** | 92,509 | $ 15,742 |

The tax shown is computed by multiplying the assessed valuation by the state equalization factor of 2.7076 to arrive at the equalized assessed valuation. The equalized assessed valuation is then multiplied by the tax rate of $6.285 per $100 of equalized assessed valuation to arrive at the Cook County real property tax. The equalization factor and tax rate utilized in this computation are those applied to the tax year 2006, the last year for which those rates are available. We are unable, with any degree of certainty, to project the 2007 taxes. There will be some variance when the 2007 second installment tax bills are issued later this summer/fall.

# O'Keefe Lyons & Hynes, LLC

Ms. Melissa Hinds
June 10, 2008
Page 2

The assessment established for 2007 is intended to apply to the entire triennial period (2007-2009) absent a change in the facts and circumstances surrounding the property. As a result, the annual tax reduction projected above in the amount of $15,743 translates an estimated three year reduction of $47,228.

We are satisfied that the 2007 assessed valuation is reasonable and equitable. The 2007 corrected assessed value reflects a fair market value of $825,000, the value we requested. The 2007 corrected assessed value is the value we requested and the appraised value. As the prior year assessment was premised upon the vacancy of the building, the 2007 assessed value (of the occupied building) represents a 123% increase over the prior year.

Given the overall increase in the assessment base in Elk Grove Township, we do not anticipate that the percentage increase in the assessed value will equal the same increase in tax. Historically, when there is an increase in the assessment base due to triennial reassessment, there is a decrease in the equalized tax rate. In 2004, the last triennial reassessment of Elk Grove Township, the equalized tax rate decreased 5.8%. If that occurs in 2007, the tax will decrease to approximately $48,065.

While additional appeals are available to you, it is our opinion that we could not sustain a further reduction in the assessed value of this property. Accordingly, we shall not undertake a further appeal of the assessment.

I am enclosing our statement for services rendered in connection with this matter. Please note that at the request of Andrew Olejnik, on behalf of the Bankruptcy Trustee, we advanced the fee for the appraisal. The same is shown separate from our fee. We appreciate the opportunity to be of service. Contact me should you have any questions.

Very truly yours,

Barbara Johnson

BJ/lr
Enclosure



# COOK COUNTY BOARD OF REVIEW

118 NORTH CLARK STREET
ROOM 601 COUNTY BUILDING
CHICAGO, ILLINOIS 60602
TEL: (312) 603-5542
FAX: (312) 603-3479

JOSEPH BERRIOS
CHAIRMAN

BRENDAN F. HOULIHAN
COMMISSIONER

LARRY R. ROGERS, JR.
COMMISSIONER

05/19/2008
CLASS: 05-93
B/R COMPLAINT TYPE: A

MAY 20 2008

Dear Complainant,

After consideration of any evidence or facts submitted and pursuant to their powers and authority under the Illinois Property Tax Code, Joseph Berrios, Brendan F. Houlihan, and Larry R. Rogers, Jr., Commissioners of the Board of Review of Cook County, are pleased to inform you that as a result of the hearing on your complaint they have directed the Assessor to reduce the assessed value of your property as shown below.

The decrease is the result of consideration given to cost, income, or market data, and/or your appraisal.

### 2007 ASSESSED VALUATIONS

| PROPERTY NUMBER | BOARD COMPLAINT | ASSESSOR ORIGINAL | BOARD OF REVIEW FINAL | CHANGE |
|---|---|---|---|---|
| 08-27-300-037-0000 | 169460-001 | 389,507 | 296,998 | 92,509- |

This reduced final Board 2007 valuation will be equalized by the Illinois Department of Revenue, as provided by law.

If you are dissatisfied with your 2007 real estate assessment, you have the following option:

1. You may appeal this decision to the Property Tax Appeal Board at the Stratton Office Building, Room 402, 401 South Spring Street, Springfield, Illinois 62706-0002, Tel: 217-782-6076, by filing a petition for review with the Illinois Property Tax Appeal Board within 30 days after the date of this notice or within 30 days after the date the Board of Review transmits to the County Assessor pursuant to Sec 16-125(35 ILCS 200/16-125) its final action on the Township in which your property is located, whichever is later.
   -- OR --
2. You may file a tax objection complaint in the Circuit Court of Cook County, Illinois. If you choose this option, please consult the laws concerning the procedure for proceeding in court.

In addition, you may file a new complaint at the Board of Review next year for 2008 with any new evidence.

Sincerely,

Joseph Berrios         Brendan F. Houlihan     Larry R. Rogers, Jr.
Commissioner           Commissioner            Commissioner

O'KEEFE LYONS HYNES
BARBARA    JOHNSON
30 N LASALLE STE 4100
CHICAGO      IL   60602