# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AQP LIQUIDATING, INC., | ) | Case No. 07 B 03227 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Q-RAY COMPANY, | ) | Case No. 07 B 03228 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| QUE T. PARK, | ) | Case No. 07 B 03217 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |

## FINAL REPORT AND ACCOUNTING FOLLOWING
## CONVERSION OF CHAPTER 11 CASES

Catherine Steege, not individually but Trustee (the "Trustee") of the above captioned bankruptcy estates, pursuant to Rule 1019(5)(A) of the Federal Rules of Bankruptcy Procedure hereby files her schedule of unpaid debts incurred after the filing date of the petition and before conversion of the cases and her final report and account of the status of funds collected.

1. To the best of the Trustee's knowledge and belief, the following are unpaid Chapter 11 liabilities:

| | | | |
|---|---|---|---|
| 1. | Catherine Steege, Trustee<br>Jenner & Block LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611 | Trustee's fees and expenses | To be Determined by further order of Court |
| 2. | Jenner & Block LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611 | Attorneys for the Trustee, fees and expenses | To be Determined by further order of Court |

| | | | |
|---|---|---|---|
| 3. | Development Specialists, Inc.<br>Three First Nat'l Plaza<br>70 W. Madison St., Ste. 3300<br>Chicago, IL  60602-4250 | Financial Advisor to the<br>Trustee, fees and expenses | To be Determined by<br>further order of Court |
| 4. | Alan D. Lasko & Assocs., P.C.<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL  60603 | Accountants for the Trustee,<br>fees and expenses | To be Determined by<br>further order of Court |
| 5. | Lester A. Ottenheimer III<br>750 Lake Cook Rd., Ste. 140<br>Buffalo Grove, IL  60089 | Debtor's Counsel (In re Q.T.<br>Park, Case No. 07-3217) per<br>Court Order dated 9/10/07<br>(Docket No. 126) | $23,146.70 |

2. As her final account, the Trustee attaches Group Exhibit A her Individual Estate Property Record and Reports and her Estate Cash Receipts and Disbursements Records for each of the above-captioned debtors.

Dated:  December 8, 2008

Respectfully submitted,

CATHERINE L. STEEGE, not individually but as Chapter 7 Trustee for AQP Liquidating, Inc., Q-Ray Company and Que T. Park

By:  */s/ Catherine L. Steege*
       One of her attorneys

Catherine L. Steege (ARDC #6183529)
Jenner & Block LLP
330 North Wabash Ave.
Chicago, IL 60611
Phone: (312) 222-9350
Fax: (312) 840-7352