UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

**DEC 15 2009**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

| | | |
|---|---|---|
| In re: <br><br> AQP LIQUIDATING, INC., <br><br> Debtor. | ) ) ) ) ) ) ) ) ) ) | Case No. 07 B 03227 <br><br> Chapter 7 |
| In re: <br><br> Q-RAY COMPANY, <br><br> Debtor. | ) ) ) ) ) ) ) ) ) ) | Case No. 07 B 03228 <br><br> Chapter 7 |
| In re: <br><br> QUE T. PARK, <br><br> Debtor. | ) ) ) ) ) ) ) ) ) ) | Case No. 07 B 03217 <br><br> Chapter 7 |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO JENNER & BLOCK LLP, TRUSTEE FOR AQP LIQUIDATING, INC., Q-RAY COMPANY AND QUE T. PARK, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $55,815.50 | TOTAL COSTS REQUESTED: | $1,898.39 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $696.02 |
| TOTAL FEES ALLOWED: | $55,815.50 | TOTAL COSTS ALLOWED: | $1,202.37 |

**TOTAL FEES AND COSTS ALLOWED: $57,017.87**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)     **Overhead Costs are Non-Compensable**
        The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: December 15, 2009

Eugene R. Wedoff
United States Bankruptcy Judge

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---|
| 7/30/09 | Photocopy Expense | .26 |
| 7/30/09 | Photocopy Expense | 139.50 |
| 7/30/09 | Photocopy Expense | .27 |
| 7/31/09 | In-City Transportation; PETTY CASH - ALISON J. MCCANN; 07/31/2009; Melissa Hinds; cab to court | 6.00 |
| 7/31/09 | Westlaw Research | 131.79 |
| 7/31/09 | Photocopy Expense | 9.54 |
| 8/04/09 | Photocopy Expense | 13.95 |
| 8/05/09 | Photocopy Expense | 25.74 |
| 8/05/09 | Photocopy Expense | 4.14 |
| 8/06/09 | Photocopy Expense | 4.77 |
| 8/19/09 | In-City Transportation; PETTY CASH - ALISON J. MCCANN; 08/19/2009; C. Steele - Cab fare to court 8/18/09. | 10.00 |
| 8/31/09 | Lexis Research | 90.17 |
| 8/31/09 | Westlaw Research | 474.06 |
| 9/21/09 | Photocopy Expense | .54 |
| 9/28/09 | Photocopy Expense | .09 |
| 10/05/09 | Pacer Charges; PACER SERVICE CENTER; 10/05/2009 | 62.96 |
| 10/05/09 | Pacer Charges; PACER SERVICE CENTER; 10/05/2009 | 3.36 |
| 10/05/09 | Pacer Charges; PACER SERVICE CENTER; 10/05/2009 | 36.40 |
| 10/05/09 | Pacer Charges; PACER SERVICE CENTER; 10/05/2009 | 52.80 |
| 10/05/09 | Pacer Charges; PACER SERVICE CENTER; 10/05/2009 | 16.96 |
| 10/05/09 | Pacer Charges; PACER SERVICE CENTER; 10/05/2009 | 16.32 |
| 10/19/09 | Photocopy Expense | .09 |
|  | TOTAL DISBURSEMENTS | 1,898.39 |

MATTER TOTAL                                         $ 1,898.39