UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
Que T Park § Case No. 07-3217 ERW
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U. S. Bankruptcy Court
219 South Dearborn
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 03/01/11 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/01/2011                By: CLERK OF THE U.S. BANKRUPTCY
                                           COURT

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
Que T Park § Case No. 07-3217 ERW
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,535,721.33 |
| and approved disbursements of | $ | 802,388.50 |
| leaving a balance on hand of[1] | $ | 2,733,332.83 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: CATHERINE STEEGE | $ 128,721.64 | $ 0.00 | $ 128,721.64 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 16,454.75 | $ 0.00 | $ 16,454.75 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 9,853.10 | $ 0.00 | $ 9,853.10 |
| Accountant for Trustee Expenses: Alan D. Lasko | $ 64.50 | $ 0.00 | $ 64.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 155,093.99 |
| Remaining Balance | $ 2,578,238.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Lester A. Ottenheimer III | $ 6,829.34 | $ 0.00 | $ 6,829.34 |

Total to be paid for prior chapter administrative expenses     $ 6,829.34

Remaining Balance     $ 2,571,409.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,184,121.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Centurion Bank | $ 1,000.00 | $ 0.00 | $ 110.91 |
| 000002 | American Express Centurion Bank | $ 78.96 | $ 0.00 | $ 8.76 |
| 000003 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | Federal Trade Commission | $ 23,183,042.05 | $ 0.00 | $ 2,571,289.83 |

Total to be paid to timely general unsecured creditors     $ 2,571,409.50

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rgreen                 Page 1 of 1                  Date Rcvd: Feb 03, 2011
Case: 07-03217                Form ID: pdf006              Total Noticed: 17

The following entities were noticed by first class mail on Feb 05, 2011.
db           +Que T Park,    510 Alexander Court,    Barrington, IL 60010-6411
aty           Chad J Husnick,    Kirkland & Ellis LLP,    300 North LaSalle Street,    Chicago, Il 60654
aty          +Howard L Teplinsky,    750 Lake Cook Road,    Suite 140,    Buffalo Grove, IL 60089-2071
aty          +Jenner & Block,    330 North Wabash Avenue,    Chicago, IL 60611-3586
aty          +Lester A Ottenheimer, III,    Ottenheimer Teplinsky & Rosenbloom, LLC,
               750 Lake Cook Rd - Ste 140,    Buffalo Grove, IL 60089-2071
aty          +Marcia G Cotler,    750 Lake Cook Road,    Suite 140,    Buffalo Grove, IL 60089-2071
aty          +Michael J Shifrin,    750 Lake Cook Road,    Suite 140,    Buffalo Grove, IL 60089-2071
tr           +Catherine L. Steege, ESQ,    Jenner & Block,    353 N. Clark Street,    Chicago, IL 60654-5474
11310223      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11227269    ++FEDERAL TRADE COMMISSION,    ASSOCIATE DIRECTOR,    DIVISION OF ENFORCEMENT,
               600 PENNSYLVANIA AVE NW,    MAIL DROP NJ-2122,    WASHINGTON DC 20580-0001
             (address filed with court:  Federal Trade Commission,    Attn Steven M Werikoff,
               55 East Monroe St Suite 1860,    Chicago,  IL  60603)
11227270     +Federal Trade Commission,    c/o Michael Mora,    600 Pennsylvania Ave NW,    NJ-3212,
               Washington, DC 20580-0002
11435410    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court:  Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA  19114)
11320148     +Jung J Park,    Susan NK Gummow,    Clausen Miller Pc,    10 south LaSalle Street,
               Chicago, IL 60603-1098
12809193     +Lester A. Ottenheimer III,    750 Lake Cook Road, Suite 140,    Buffalo Grove, Illinois 60089-2071
11239139     +MB Financial,    Attn Joy Park,    6401 N Lincoln Avenue,    Lincolnwood, IL 60712-4002
11320149     +QT Inc,    500 Algonquin Road,    Mount Prospect, IL 60056-6210
13540677      Ungaretti & Harris LLP,    c/o R. Scott Alsterda,    3500 Three First National Plaza,
               Chicago, IL 60602,    312/977-9203
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Alan D Lasko & Associates
11239138      Bio-Ray S.A.,    07181-Palmanova (Mallorca),    Beleares, Espana
aty*         +Catherine L Steege, ESQ,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
                                                                                    TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2011**                             **Signature:** _/s/ Joseph Speetjens_