**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AQP LIQUIDATING, INC., | ) | Case No.  07 B 03227 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| QUE T. PARK, | ) | Case No.  07 B 03217 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |

**REVISED FINAL APPLICATION OF JENNER & BLOCK LLP FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE TRUSTEE FOR
THE PERIOD NOVEMBER 1, 2009 THROUGH DECEMBER 21, 2010**

Catherine Steege, not individually but as chapter 7 trustee (the "Trustee") for AQP

Liquidating, Inc., Q-Ray Company and Que T. Park (the "Debtors"), pursuant to 11 U.S.C.

§§ 327, 330 and 331, the *Order Authorizing Trustee to Employ and Retain Jenner & Block LLP*

*as Attorneys Pursuant to 11 U.S.C. § 327(a)* and the *Order Granting Motion of the Chapter 7*

*Trustee to Continue Retention Orders for Professionals Retained by the Trustee in the*

*Chapter 11 Cases*, respectfully submits this application (the "Final Application") for (a)

allowance of compensation in the amount of $90,303.00 for the actual, reasonable, and necessary

legal services Jenner & Block LLP (the "Firm") rendered to the Trustee from November 1, 2009

through December 21, 2010 (the "Fee Period") and reimbursement of the actual, reasonable and

necessary expenses that the Firm incurred in the amount of $2,557.73 during the Fee Period, and

(b) final approval of the fees and expenses approved by the Court on an interim basis during this

case.  Of this amount, the Trustee seeks to pay $18,242.25 of the fees from the Que T Park

estate, 07 B 3217 and $72,060.75 of the fees and all of the expenses from the AQP Liquidating

estate, 07 B 3227, and states:

## BACKGROUND

1.      On February 23, 2007, the Debtors filed petitions for relief under chapter 11 of

title 11 of the United States Code.

2.      On June 19, 2007, the Court entered orders authorizing the appointment of the

Trustee as chapter 11 trustee for each Debtor.

3.      On June 26, 2007, the Court entered orders authorizing the Trustee to retain the

Firm as counsel.

4.      On April 1, 2008, the Firm filed the First Interim Fee Application (AQP Doc.

No. 194).   On April 23, 2008, this Court entered an Order granting the First Interim Fee

Application on an interim basis and awarding the Firm fees in the amount of $263,823.00 and

expenses in the amount of $14,083.26 (AQP Doc. No. 204).

5.      On September 30, 2008, the Court entered orders converting each of the cases to

cases under chapter 7.   The Trustee was reappointed as Trustee for each of the Debtors.   On

November 25, 2008, the Court entered an Order authorizing the Trustee as chapter 7 trustee to

employ the Firm as counsel effective as of September 30, 2008.

6.      On October 20, 2008, the Firm filed the Second Interim Fee Application (AQP

Doc. No. 241.)   On December 16, 2008, this Court entered an Order granting the Second Interim

Fee Application on an interim basis and awarding the Firm fees in the amount of $124,756.50

and expenses in the amount of $12,118.57 (AQP Doc. No. 254).

7.      On July 27, 2009, the Firm filed the Third Interim Fee Application (AQP Doc.

No. 282).   On August 18, 2009, this Court entered an Order granting the Third Interim Fee

Application on an interim basis and awarding the Firm fees in the amount of $222,730.50 and expenses in the amount of $8,531.10 (AQP Doc. No. 288).

8.      On November 23, 2009, the Firm filed the Fourth Interim Fee Application (Doc. No. 300). On December 15, 2009, this Court entered an Order granting the Fourth Interim Fee Application on an interim basis and awarding the Firm fees in the amount of $55,815.50 and expenses in the amount of $1,202.37 (AQP Doc. No. 306).

9.      The Court has jurisdiction over this Fee Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## RETENTION OF JENNER & BLOCK LLP

10.      The Firm has represented the Trustee since June 19, 2007.

11.      The Firm performed the services for which it seeks compensation on behalf of the Trustee and not on behalf of any other person.

12.      Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than with the Firm's partners, of counsel, associates, and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## REASONABLE AND NECESSARY SERVICES
## RENDERED BY JENNER & BLOCK - GENERALLY

13.      In the Fee Period, the Firm incurred fees in these cases in the total amount of $90,303.00. In the Fee Period, the Firm incurred expenses in the total amount of $2,557.73.

14.     A schedule showing the name and position of each professional and paraprofessional, the hours worked during the Fee Period, and each person's hourly billing rate is provided at the front of this Fee Application.

15.     The Firm's fees and costs were incurred as counsel to the Trustee.  The Firm's fees were derived from the applicable hourly billing rates of the Firm's personnel who rendered such services.   Attached hereto as Exhibit A is a detailed itemization and description of the services that the Firm rendered during the Fee Period.   The chapter 7 case to which these fees relate is noted below.   Based on the rates and the services performed, the reasonable value of such services is $90,303.00.   The Firm's attorneys and paraprofessionals expended a total of 199.8 hours working on these cases during the Fee Period.   In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given:  (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

16.     In addition, Exhibit A hereto (a) identifies the individuals that rendered services in each matter, (b) describes each activity or service that each individual performed, and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual on each particular task.

**REASONABLE AND NECESSARY SERVICES RENDERED BY
JENNER & BLOCK - CATEGORIZED BY MATTER**

17.     The primary professional services that the Firm rendered during the Fee Period are described in paragraphs eighteen through twenty-one below.

18. **Matter 47251-10053  Fee Petition (AQP Liquidating)**
    **(Current Fees:  $5,425.50, Hours: 12.4; Previously Allowed: $24,925.50)**

During the Fee Period, the Trustee prepared a fee application for her accountant and for Jenner & Block and attended the hearings on the same.  In addition, the Firm prepared its final fee application.

19. **Matter 47251-10070 Case Administration (Que T. Park)**
    **(Current Fees:  $1,787.50, Hours:  6.5; Previously Allowed: $68,598.50)**

During the Fee Period, counsel and paraprofessionals for the Trustee reviewed the Debtors' pre-petition files to obtain documents necessary to file the Park estate returns.

20. **Matter 47251-10118  Avoidance Actions (Que T. Park and**
    **AQP Liquidating).**
    **(Current Fees: $32,909.5, Hours: 66.5; Previously Allowed:  $279,319.50)**

The Trustee filed and prosecuted twelve adversary proceedings.  All adversary proceedings are now closed.  During the Fee Period, the Trustee reached a settlement in the adversary proceedings brought by the Trustee in the AQP Liquidating and Que T. Park cases against Defendant Ungaretti & Harris.  As a result of this settlement, the Trustee recovered $400,000 from Ungaretti & Harris for the benefit of the Debtors' estates and Ungaretti & Harris withdrew all of the proofs of claim it filed in the Debtors' cases.  The Trustee also reached a settlement in the adversary proceedings brought by the Trustee in the AQP Liquidating and Que T. Park cases against Defendants Bio-Ray, S.A. and Ignacio Alvarez.  Pursuant to that settlement, the Trustee recovered $100,000 from Bio-Ray, S.A. and Mr. Alvarez and all claims filed by those Defendants were withdrawn.  Finally, the Trustee reached a settlement in the adversary proceeding brought by the Trustee in the AQP Liquidating case against Defendant North Town Mechanical Contractors.  In that settlement, the Trustee recovered $9,000 for the benefit of the Debtors' estates and North Town Mechanical Contractors withdrew its proof of claim.

In connection with these adversary proceedings, the Firm has responded to motions to dismiss and a motion for leave to appeal, prepared pretrial statements, prepared and responded to discovery, prepared for trial and engaged in settlement negotiations.

21.     **Matter 47251-10150 Claims (AQP Liquidating).**

**(Current Fees: $50,180.50, Hours: 119.8; Previously Allowed:  $2,661.00)**

During the Fee Period the Trustee analyzed the proofs of claim filed against the Debtors' estates and objected to numerous duplicative, satisfied, or disputed claims.  This Court entered several orders sustaining the Trustee's objections to claims.  The claims reconciliation process is now complete.

22.     Because of the benefits realized by the Trustee, the nature of these cases, the standing at the bar of the attorneys who rendered services, the amount of work done, the time consumed, and the skill required, the Firm requests that it be allowed at this time compensation for professional services rendered during the Fee Period in the sum of $90,303.00.

## ACTUAL AND NECESSARY EXPENSES

23.     The Firm has disbursed, and requests reimbursement of, the following sums for:

| | |
|---|---:|
| Certified Copy Fee | 8.00 |
| Court Reporter Charge | 61.00 |
| Filing Fee | 255.00 |
| In-City Transportation | 58.00 |
| Pacer Charges | 284.71 |
| Photocopy Expense | 1,295.89 |
| Postage Expense | 169.77 |
| Special Messenger Service | 6.50 |
| UPS | 30.27 |
| Westlaw Research | 362.69 |
| TOTAL DISBURSEMENTS | 2,557.73 |

A more detailed list of these expenses is part of Exhibit A hereto.

24.     It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

25.     The Firm only charges for overseas or out of the country long distance telephone calls.  It does not charge for facsimile transmissions.

26.     Computer assisted legal research is used whenever the researcher determines that using Westlaw or Lexis Nexis is more cost effective than using traditional (non-computer assisted legal research) techniques.  The Firm bills each client for the Lexis and Westlaw charges actually incurred on behalf of such client.  The Firm does not prorate these charges over all clients so that each client is paying only for the Lexis and Westlaw charges incurred by that client.

27.     The Firm's standard charge for photocopies is $.10 per page.  The number of photocopies is recorded automatically when the person making the copies enters the appropriate account number into devices attached to the Firm's copy machines.

## CONCLUSION

28.     This Fee Application is the Firm's Final Fee Application and covers the period from the Firm's retention through the date it is filed.

WHEREFORE, the Firm respectfully requests that the Court (a) grant the Firm an allowance of final compensation for reasonable and necessary professional services incurred during the Fee Period as counsel to the Debtor in the sum of $90,303.00 (payable $72,060.75 from the AQP Liquidating estate and $18,242.25 from the Que T Park estate) and final

allowance of the Firm's reasonable and necessary expenses in the amount of $2,557.73;

(b) approve on a final basis the fees and expenses previously awarded in the ruling on the First,

Second, Third, and Fourth Interim Fee Applications; (c) order that such fees and expenses be

payable as administrative expenses of the Debtor's bankruptcy estate, and (d) authorize the

Debtor to pay the amounts allowed herein less payments previously made.

Dated: Chicago, Illinois
      March ___, 2011

                                      Respectfully submitted,

                                      CATHERINE L. STEEGE, not individually but as
Chapter 7 Trustee for AQP Liquidating, Inc., Q-Ray
Company and Que T. Park

                                      By:  */s/ Catherine L. Steege*
                                            One of its attorneys

Catherine L. Steege (ARDC #6183529)
Melissa H. Hinds (ARDC #6288246)
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 222-9350
Fax: (312) 527-0484

# EXHIBIT A

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

### INTERNAL INVOICE – DO NOT MAIL

CLIENT NUMBER   47251

CATHERINE STEEGE AS TRUSTEE OF                      DECEMBER 28, 2010
PARKS ESTATE                                                    INVOICE # 9185920
JENNER & BLOCK LLP
CHICAGO, IL  60654-3456

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 21, 2010                                  $90,303.00

DISBURSEMENTS                                                      2,557.73

TOTAL INVOICE              $92,860.73

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## INTERNAL INVOICE – DO NOT MAIL

CATHERINE STEEGE AS TRUSTEE OF
PARKS ESTATE
JENNER & BLOCK LLP
CHICAGO, IL  60654-3456

INVOICE # 9185920

DECEMBER 28, 2010

CLIENT NUMBER -     47251

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 21, 2010

EXPENSES                                          MATTER NUMBER -     10037

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 11/05/09 | Photocopy Expense | 44.64 |
| 11/06/09 | Photocopy Expense | 63.00 |
| 11/13/09 | Court Reporter Charge; JACKLEEN DE FINI; 11/13/2009 | 61.00 |
| 11/23/09 | Photocopy Expense | 17.64 |
| 11/23/09 | Photocopy Expense | 33.48 |
| 12/09/09 | Photocopy Expense | 15.48 |
| 12/09/09 | Photocopy Expense | 1.17 |
| 12/15/09 | Photocopy Expense | 53.46 |
| 12/16/09 | In-City Transportation; PETTY CASH - RAYMOND S. ASBELL; 12/16/2009 C. Steege cab to court 12/15/09 | 10.00 |
| 12/16/09 | Photocopy Expense | 3.06 |
| 12/17/09 | Special Messenger Service | 6.50 |
| 12/17/09 | Photocopy Expense | 9.36 |
| 12/17/09 | Photocopy Expense | .36 |
| 12/18/09 | Photocopy Expense | 35.64 |
| 12/22/09 | Photocopy Expense | 4.05 |
| 12/31/09 | Westlaw Research | 228.14 |
| 12/31/09 | Westlaw Research | 2.24 |
| 12/31/09 | Filing Fee; BANK OF AMERICA; 12/31/2009; P. Long 12/09 Stmt; Filing fee for Notice of Cross Appeal | 255.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

1937965.1
1937965.2

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---|
| 1/06/10 | Pacer Charges; PACER SERVICE CENTER; 01/06/2010 | 7.28 |
| 1/06/10 | Pacer Charges; PACER SERVICE CENTER; 01/06/2010 | 17.76 |
| 1/06/10 | Pacer Charges; PACER SERVICE CENTER; 01/06/2010 | 21.36 |
| 1/06/10 | Pacer Charges; PACER SERVICE CENTER; 01/06/2010 | .16 |
| 1/06/10 | Pacer Charges; PACER SERVICE CENTER; 01/06/2010 | 3.84 |
| 1/06/10 | Pacer Charges; PACER SERVICE CENTER; 01/06/2010 | 1.12 |
| 1/06/10 | Pacer Charges; PACER SERVICE CENTER; 01/06/2010 | 9.20 |
| 1/06/10 | Pacer Charges; PACER SERVICE CENTER; 01/06/2010 | 5.04 |
| 1/06/10 | Pacer Charges; PACER SERVICE CENTER; 01/06/2010 | 29.23 |
| 1/06/10 | Photocopy Expense | 18.90 |
| 1/06/10 | Photocopy Expense | 44.20 |
| 1/11/10 | Photocopy Expense | 1.26 |
| 1/13/10 | Photocopy Expense | 1.00 |
| 1/19/10 | Photocopy Expense | 131.94 |
| 1/20/10 | Photocopy Expense | 1.26 |
| 2/11/10 | Photocopy Expense | 1.60 |
| 2/24/10 | In-City Transportation; PETTY CASH - RAYMOND S. ASBELL; 02/24/2010 C. Steege 2/23/10 Cab fare | 12.00 |
| 2/24/10 | Photocopy Expense | 5.49 |
| 3/03/10 | In-City Transportation; PETTY CASH - RAYMOND S. ASBELL; 03/03/2010 C. Childers 3/3/10 cab to court | 6.00 |
| 3/08/10 | Postage Expense | 4.88 |
| 3/09/10 | In-City Transportation; MICHAEL J. KELLY, 03/09/2010; roundtrip cab fare to court | 12.00 |
| 3/19/10 | Photocopy Expense | 37.50 |
| 3/19/10 | Photocopy Expense | 22.80 |
| 3/22/10 | Photocopy Expense | 6.60 |
| 3/23/10 | In-City Transportation, MICHAEL J. KELLY, 03/23/2010 cab from Court | 6.00 |
| 3/31/10 | Westlaw Research | 46.54 |
| 3/31/10 | Westlaw Research | 10.72 |
| 4/07/10 | Pacer Charges; PACER SERVICE CENTER; 04/07/2010 | 5.92 |
| 4/07/10 | Pacer Charges; PACER SERVICE CENTER; 04/07/2010 | .80 |
| 4/07/10 | Pacer Charges; PACER SERVICE CENTER; 04/07/2010 | .24 |
| 4/07/10 | Pacer Charges; PACER SERVICE CENTER; 04/07/2010 | .48 |
| 4/07/10 | Pacer Charges; PACER SERVICE CENTER; 04/07/2010 | .40 |
| 4/07/10 | Pacer Charges; PACER SERVICE CENTER; 04/07/2010 | 31.12 |
| 4/07/10 | Pacer Charges; PACER SERVICE CENTER; 04/07/2010 | 8.16 |
| 4/07/10 | Pacer Charges; PACER SERVICE CENTER; 04/07/2010 | 14.48 |
| 4/09/10 | Postage Expense | 5.60 |
| 4/09/10 | Photocopy Expense | 16.10 |

Federal Identification No. 36-2192554

1937965.1
1937965.2

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|------|-------------|-------:|
| 4/30/10 | Westlaw Research | 23.02 |
| 5/04/10 | Photocopy Expense | 1.70 |
| 5/06/10 | Photocopy Expense | 3.20 |
| 5/07/10 | Photocopy Expense | 10.10 |
| 5/11/10 | In-City Transportation, MICHAEL J. KELLY, 05/11/2010 cab fare to/from court | 12.00 |
| 5/11/10 | Photocopy Expense | 7.30 |
| 5/12/10 | Photocopy Expense | 11.40 |
| 5/13/10 | Photocopy Expense | 100.20 |
| 5/14/10 | Photocopy Expense | 3.70 |
| 5/17/10 | Photocopy Expense | 1.80 |
| 5/25/10 | Photocopy Expense | .70 |
| 5/28/10 | Photocopy Expense | 257.90 |
| 5/28/10 | Photocopy Expense | .20 |
| 5/31/10 | Westlaw Research | 52.03 |
| 6/08/10 | Photocopy Expense | 3.60 |
| 6/25/10 | Postage Expense | 143.12 |
| 6/25/10 | Photocopy Expense | 297.00 |
| 6/25/10 | Photocopy Expense | 3.40 |
| 7/07/10 | Pacer Charges; PACER SERVICE CENTER; 07/07/2010 | 31.20 |
| 7/07/10 | Pacer Charges; PACER SERVICE CENTER; 07/07/2010 | 44.60 |
| 7/13/10 | Certified Copy Fee; SECRETARY OF STATE; 07/13/2010 | 4.00 |
| 7/22/10 | Certified Copy Fee; SECRETARY OF STATE; 07/22/2010 | 4.00 |
| 8/06/10 | UPS tracking# 1Z6134386693770071  Inv# 00000613438330 | 30.27 |
| 9/01/10 | Photocopy Expense | 4.00 |
| 9/14/10 | Photocopy Expense | 4.80 |
| 9/15/10 | Postage Expense | 4.17 |
| 10/05/10 | Pacer Charges; PACER SERVICE CENTER; 10/05/2010 | 1.36 |
| 10/05/10 | Pacer Charges; PACER SERVICE CENTER; 10/05/2010 | 50.96 |
| 10/28/10 | Postage Expense | 4.51 |
| 11/08/10 | Postage Expense | 1.05 |
| 11/09/10 | Postage Expense | 4.00 |
| 11/18/10 | Postage Expense | 2.44 |
| 11/19/10 | Photocopy Expense | 4.40 |
| 11/23/10 | Photocopy Expense | 10.50 |
| 12/13/10 | Photocopy Expense | 25.90 |
| | TOTAL DISBURSEMENTS | 2,557.73 |

MATTER TOTAL                                  $ 2,557.73

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

1937965.1
1937965.2

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| Certified Copy Fee | 8.00 |
| Court Reporter Charge | 61.00 |
| Filing Fee | 255.00 |
| In-City Transportation | 58.00 |
| Pacer Charges | 284.71 |
| Photocopy Expense | 1,295.89 |
| Postage Expense | 169.77 |
| Special Messenger Service | 6.50 |
| UPS | 30.27 |
| Westlaw Research | 362.69 |
| TOTAL DISBURSEMENTS | 2,557.73 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

FEE PETITION                                                    MATTER NUMBER -      10053

| 11/05/09 | MHM | .30 | Drafted, proofread and revised notice of motion (.1) and draft order Lasko fee application (.2). | 81.00 |
|----------|-----|-----|-----|-------|
| 11/06/09 | MHM | 1.70 | Drafted notice of hearing and worked on service of same on Lasko fee hearing. | 459.00 |
| 11/06/09 | MMH | .30 | Reviewed A. Lasko fee petition and coordinated filing of same. | 154.50 |
| 11/19/09 | CS | .50 | Prepared fee application for Jenner & Block. | 362.50 |
| 12/01/09 | MMH | .10 | Correspondence with A. Lasko regarding fee application. | 51.50 |
| 12/14/09 | MHM | .30 | Reviewed docket, prepared and e-filed notice of motion re fee application. | 81.00 |
| 12/15/09 | CS | 1.00 | Attended hearing re fees (Jenner & Block and A. Lasko). | 725.00 |
| 10/05/10 | MMH | 1.00 | Drafted final fee application. | 545.00 |
| 12/13/10 | MHM | .70 | Worked on updating worksheets for final fee application. | 192.50 |
| 12/13/10 | MMH | 1.80 | Complete review of BIM and draft of final fee application. | 981.00 |
| 12/14/10 | MHM | 3.70 | Prepared exhibits for final fee application (2.7); reviewed fee application and updated same with background information for filing and current and prior fee requests (1.0). | 1,017.50 |
| 12/20/10 | CS | 1.00 | Prepared Park fee application. | 775.00 |
|  |  | 12.40 | PROFESSIONAL SERVICES | 5,425.50 |

MATTER TOTAL                                          $ 5,425.50

LAW OFFICES

### JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES
## MATTER 10053 – FEE PETITION

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| CATHERINE L. STEEGE | | 1.00 | 775.00 | 775.00 |
| CATHERINE L. STEEGE | | 1.50 | 725.00 | 1,087.50 |
| MELISSA M. HINDS | | 2.80 | 545.00 | 1,526.00 |
| MELISSA M. HINDS | | 0.40 | 515.00 | 206.00 |
| MICHAEL H. MATLOCK | | 4.40 | 275.00 | 1,210.00 |
| MICHAEL H. MATLOCK | | 2.30 | 270.00 | 621.00 |
| | TOTAL | 12.40 | | 5,425.50 |

LAW OFFICES

### JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CASE ADMINISTRATION                                          MATTER NUMBER -    10070

| | | | | |
|---|---|---|---|---|
| 9/15/10 | MHM | 2.70 | Reviewed Debtor files for tax returns with respect to properties. | 742.50 |
| 9/20/10 | MHM | 2.40 | Reviewed Debtor files for Q&T LLC tax returns re property valuation for Trustee's tax returns. | 660.00 |
| 9/21/10 | MHM | 1.40 | Reviewed case file indexes and continued review of files for documents re basis in Fargo property. | 385.00 |
| | | 6.50 | PROFESSIONAL SERVICES | 1,787.50 |

MATTER TOTAL                                    $ 1,787.50

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES
## MATTER 10070 – CASE ADMINISTRATION

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| MICHAEL H. MATLOCK | 6.50 | 275.00 | 1,787.50 |
| TOTAL | 6.50 | | 1,787.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

AVOIDANCE ACTION                                    MATTER NUMBER -    10118

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 11/09/09 | MHM | .30 | Reviewed files for North Town Mechanical preference checks and back-up. | 81.00 |
| 11/09/09 | MMH | .80 | Telephone conference with North Town Mechanical counsel regarding preference claim and back-up documents for claim (.1); reviewed Ungaretti documents (.3); prepared for hearing on 11/10 on numerous adversaries and conferred with C. Steege re same (.4). | 412.00 |
| 11/10/09 | MHM | .50 | Reviewed pending cases and drafted dismissal orders for same. | 135.00 |
| 11/10/09 | MMH | 2.00 | Attended hearing on adversary proceedings (1.5); conferred with C. Steege re judgment and prepared and sent draft judgment order to U&H (.5). | 1,030.00 |
| 11/12/09 | MMH | .60 | Telephone conference with Z. Freeman re prejudgment interest issue (.1), calculated same (.3), and telephone call with Court regarding Ungaretti judgment order (.2). | 309.00 |
| 11/12/09 | MMH | .10 | E-mail correspondence with D. Bush regarding timing of payment. | 51.50 |
| 11/13/09 | MMH | .70 | Reviewed Ungaretti transcript (.2); e-mail to M. Schramm re North Town Mechanical settlement and prepared documentation on same (.5). | 360.50 |
| 11/13/09 | MMH | .30 | Prepared and sent minute orders to Court. | 154.50 |
| 11/16/09 | MMH | 1.00 | Telephone conference and email with Ungaretti counsel regarding judgment order and calculation of interest (.3); revised order and sent to Court (.7). | 515.00 |
| 11/23/09 | MMH | .20 | Phone conference with M. Schram regarding North Town settlement. | 103.00 |
| 11/24/09 | CHK | .50 | Prepared form of supersedeas letter of credit. | 312.50 |
| 11/24/09 | CS | .30 | Telephone conference with M. Beam re letter of credit. | 217.50 |
| 11/25/09 | MMH | .30 | Review of U&H notice of appeal (.1); correspond with D. Bush regarding Ion-Ray settlement payment (.2). | 154.50 |
| 11/30/09 | MHM | .40 | Reviewed dockets and updated minute orders dismissing Ion-Ray cases. | 108.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/30/09 | MHM | .30 | Reviewed notice of cross appeal (.1), researched exhibit and conferences with docketing re filing of same (.2). | 81.00 |
| 11/30/09 | MMH | .40 | Confer with C. Steege regarding UH appeal and issue of cross appeal (.1); draft notice of cross appeal (.1); prepare and send minute orders on Ion-Ray case (.2). | 206.00 |
| 12/01/09 | CS | .40 | Revised proposed letter of credit. | 290.00 |
| 12/01/09 | CS | .10 | Telephone conference with M. Beam re letter of credit. | 72.50 |
| 12/02/09 | CHK | .20 | Reviewed and telephone call with C. Steege re agreed order and Ungaretti matter and letter of credit supersedeas. | 125.00 |
| 12/02/09 | MMH | .80 | Reviewed letter of credit documents (.2) and documents to be designated by U&H (.6). | 412.00 |
| 12/04/09 | MMH | .80 | Telephone conferences with Z. Freeman regarding record designation and reviewed documents at issue (.5); e-mail correspondence with C. Steege and Z. Freeman re same (.3). | 412.00 |
| 12/07/09 | MMH | .20 | Review of e-mails and designation regarding U&H appeal. | 103.00 |
| 12/09/09 | CS | .30 | Various emails with Ungaretti counsel re letter of credit. | 217.50 |
| 12/09/09 | CS | .20 | Prepared counter-designation of record. | 145.00 |
| 12/21/09 | CS | .20 | Telephone conference with Ungaretti & Harris re settlement. | 145.00 |
| 12/22/09 | CS | .10 | Prepared email to M. Beam re Ungaretti preference claim settlement offer. | 72.50 |
| 12/29/09 | CS | .20 | Two telephone conferences with Ungaretti counsel re settlement. | 145.00 |
| 12/30/09 | CS | .50 | Prepared settlement agreement with Ungaretti. | 362.50 |
| 1/04/10 | CS | .20 | Revised Ungaretti settlement agreement. | 155.00 |
| 1/04/10 | MMH | .20 | Reviewed Ungaretti settlement. | 109.00 |
| 1/05/10 | CS | .50 | Prepared settlement motion (.3) and order (.2) for Ungaretti settlement. | 387.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/06/10 | MXP | 1.00 | Worked on mailing of notice of motion to approve settlement agreement with Ungaretti & Harris LLP to service list. | 170.00 |
| 1/06/10 | MHM | 1.10 | Prepared service lists and service for notice of hearing on settlement with Ungaretti. | 302.50 |
| 1/06/10 | MMH | 1.00 | Revised Ungaretti settlement motion and prepared same for filing. | 545.00 |
| 1/08/10 | MMH | .20 | Telephone conference with M. Schram re settlement. | 109.00 |
| 1/12/10 | MMH | .10 | Telephone conference with M. Schramm re settlement. | 54.50 |
| 1/13/10 | MHM | .60 | Prepared for e-filing, e-filed and served amended complaint against North Town Mechanical. | 165.00 |
| 1/13/10 | MMH | 1.00 | Drafted and filed North Town complaint. | 545.00 |
| 1/13/10 | LSR | .50 | Attended status hearings on various adversary complaints. | 185.00 |
| 1/27/10 | CS | .20 | Telephone conference with Ungaretti and Harris re consummation of settlement. | 155.00 |
| 1/28/10 | MMH | 1.50 | Attended status hearing in District Court on Ungaretti appeal to advise of settlement (lengthy court call). | 817.50 |
| 2/22/10 | MMH | .90 | Telephone call with QT counsel regarding 401(k) claims objection and telephone conference with C. Steege and G. Mason regarding same (.8); reviewed e-mails regarding same (.1). | 490.50 |
| 2/26/10 | MMH | .40 | Prepared discovery for North Town avoidance action. | 218.00 |
| 3/09/10 | MJK | .50 | Attended status hearing. | 225.00 |
| 3/15/10 | MJK | .40 | Conferences with C. Steege and M. Hinds re Q-ray versus Bio-ray status hearing. | 180.00 |
| 3/16/10 | MHM | 2.10 | Reviewed files for invoices for Bio-Ray invoices. | 577.50 |
| 3/16/10 | MMH | .80 | Conference with M. Kelly regarding QT claims objection (.3); serve discovery in North Town case (.5). | 436.00 |
| 3/16/10 | MJK | 2.20 | Prepared for and attended hearing on Bio-Ray adversary (1.0); researched service of process issue (1.2). | 990.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 3/17/10 | MHM | .90 | Reviewed files for objection to claim based on lack of documentation (.8); corresponded with M. Kelly re same (.1). | 247.50 |
| 3/17/10 | MJK | 1.00 | Worked on objection to Bio-Ray. | 450.00 |
| 3/18/10 | MJK | .80 | Drafted and researched re claim objection to Bio-Ray. | 360.00 |
| 3/19/10 | MHM | 1.10 | Reviewed account payable files for Bio-Ray invoices. | 302.50 |
| 3/19/10 | MJK | .70 | Researched re service of process and objection to Bio-Ray claims. | 315.00 |
| 3/23/10 | MJK | .70 | Prepared for and attended Bio-ray status hearing. | 315.00 |
| 4/20/10 | MMH | .40 | Confer with Court regarding continued trial (.1); e-mails to M. Schramm regarding same and delinquent discovery requests (.3). | 218.00 |
| 4/21/10 | CS | .20 | Reviewed settlement proposal re Bio-Ray. | 155.00 |
| 4/21/10 | MMH | .40 | Prepare and submit amended trial order. | 218.00 |
| 4/26/10 | CS | .20 | Responded to Bio-Ray settlement offer. | 155.00 |
| 4/30/10 | CS | 1.30 | Prepared Bio-Ray settlement agreement (.8), motion (.3) and order (.2). | 1,007.50 |
| 4/30/10 | CS | .20 | Email with opposing counsel re changes re Bio-Ray agreement. | 155.00 |
| 5/04/10 | CS | .20 | Telephone conference with J. Sullivan re order re Bio-Ray. | 155.00 |
| 5/04/10 | CS | .20 | Revised Bio-Ray order. | 155.00 |
| 5/04/10 | CS | .20 | Prepared email to T. Hoppock re Bio-Ray order. | 155.00 |
| 5/04/10 | MHM | 2.70 | Reviewed and updated and prepared for service of motion to settle with Bio-Ray. | 742.50 |
| 5/04/10 | MMH | .50 | Review of correspondence with Bio-Ray counsel (.1) and revisions to settlement motion (.4). | 272.50 |
| 5/10/10 | CS | .20 | Telephone conference with J. Sullivan re settlement and proposed changes. | 155.00 |
| 5/10/10 | CS | .50 | Revised agreement and order re Sullivan's comments. | 387.50 |

Federal Identification No. 36-2192554

1937965.1
1937965.2

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 5/11/10 | MMH | 1.80 | Confer with Trustee regarding North Town mechanical discovery issues (.2); draft motion to compel (1.5); phone call to M. Schramm (.1). | 981.00 |
| 5/11/10 | MJK | 1.00 | Attended hearing re Bio-Ray status. | 450.00 |
| 5/12/10 | MHM | .60 | Reviewed exhibits to motion to compel, e-filed and served same. | 165.00 |
| 5/12/10 | MMH | .80 | Revise and file motion to compel. | 436.00 |
| 5/18/10 | MMH | 1.30 | Phone conference with M. Schramm regarding North Town Mechanical preference and discovery problems (.2); prepare for and participate in hearing on discovery motion (1.1). | 708.50 |
| 5/24/10 | CS | 1.00 | Revised Bio-Ray agreement. | 775.00 |
| 5/24/10 | CS | .30 | Revised motion for discovery sanctions (North Park). | 232.50 |
| 5/24/10 | MMH | 3.10 | Phone conference with M. Schramm regarding discovery issues and non-compliance (.2); confer with C. Steege regarding same North Town discovery non-compliance (.1); prepare motion for discovery sanctions and default judgment (1.8); revisions to same and file (1.0). | 1,689.50 |
| 5/25/10 | CS | .20 | Reviewed witness and exhibit list and commented re same. | 155.00 |
| 5/25/10 | MHM | .30 | Reviewed, filed and served preliminary witness and exhibit list. | 82.50 |
| 5/25/10 | MMH | .60 | Review of discovery received from M. Schramm and e-mails regarding same. | 327.00 |
| 5/26/10 | MMH | 2.70 | Prepare for and participate in hearing on motion to compel (1.5); phone call with M. Schramm regarding settlement (.1); began working on settlement papers (1.1). | 1,471.50 |
| 5/27/10 | CS | .20 | Telephone conference with J. Sullivan re revised agreement with Bio-Ray. | 155.00 |
| 5/28/10 | MHM | 1.40 | Prepared for service of motion to dismiss adversary proceeding re North Town Mechanical and worked on | 385.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

|  |  |  | service of same. |  |
|---|---|---|---|---|
| 5/28/10 | MHM | .60 | Reviewed, prepared and e-filed motion to dismiss North Town adversary proceeding. | 165.00 |
| 5/28/10 | MMH | 1.50 | Finalize and file settlement motion and settlement agreement and correspond with M. Schramm and FTC regarding same. | 817.50 |
| 6/07/10 | MMH | .20 | E-mails with M. Schramm regarding settlement motion (.1) and e-mail to Court regarding same (.1). | 109.00 |
| 6/09/10 | CS | .50 | Attended hearing re North Town settlement. | 387.50 |
| 6/14/10 | CS | 1.00 | Prepared revisions to power of attorney (.6), settlement agreement (.2) and motion (.2) with Bio-Ray. | 775.00 |
| 6/18/10 | CS | .40 | Revised power of attorney (.3); sent email re same to Bio-Ray's counsel with draft of revised power of attorney (.1). | 310.00 |
| 6/25/10 | CS | .30 | Revised and finalized Bio-Ray motion. | 232.50 |
| 6/25/10 | MXP | .90 | Worked on mailing of motion to approve settlement agreement with Bio-Ray, S.A. and I. Alvarez. | 153.00 |
| 6/25/10 | MHM | .60 | Prepared and e-filed motion to settle with Bio-Ray. | 165.00 |
| 7/07/10 | MMH | 1.70 | Prepare for and participate in hearing on Bio-Ray settlement agreement. | 926.50 |
| 7/12/10 | CS | .20 | Prepared email re Bio-Ray closing and mechanics to Bio-Ray's counsel. | 155.00 |
| 7/26/10 | MMH | .40 | E-mail with J. Sullivan regarding Bio-Ray settlement wire transfer payment (.1); revise legal description to quit claim deed and circulate same (.3). | 218.00 |
| 7/27/10 | MMH | .40 | Review of closing documents for Spanish condo (.3) and e-mail with Bio-Ray counsel regarding timing issues relating to closing (.1). | 218.00 |
| 7/29/10 | MMH | .20 | Further e-mails to J. Sullivan and to bank regarding status of wire transfer and payment shortfall (.1) and e-mail to J. Sullivan regarding same (.1). | 109.00 |
| 7/30/10 | MMH | .40 | E-mails with J. Sullivan regarding incomplete wire transfer (.2) and phone call to Bank of America | 218.00 |

1937965.1
1937965.2

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

|        |     |       | regarding same (.2). |        |
|--------|-----|-------|----------------------|--------|
| 8/02/10 | MMH | .20 | Additional e-mail to J. Sullivan regarding missing funds (.1) and confer with C. Steege regarding same and timing of closing (.1). | 109.00 |
| 8/10/10 | LTY | 1.10 | Prepared voluntary dismissal of adversary proceedings re 09-149 and 09-150 (.6); readied same for ECF filing (.1); e-filed same (.1); worked on service of same (.3). | 302.50 |
| 8/10/10 | MMH | .10 | Review of Bio-Ray notice of dismissal and direct filing of same. | 54.50 |
|        |     | 66.50 | PROFESSIONAL SERVICES | 32,909.50 |

MATTER TOTAL                                    $ 32,909.50

Federal Identification No. 36-2192554

1937965.1
1937965.2

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES
## MATTER 10118 – AVOIDANCE ACTION

| NAME | | HOURS | RATE | AMOUNT |
|------|------|------|------|------|
| CATHERINE L. STEEGE | | 8.20 | 775.00 | 6,355.00 |
| CATHERINE L. STEEGE | | 2.30 | 725.00 | 1,667.50 |
| CARTER H. KLEIN | | 0.70 | 625.00 | 437.50 |
| MELISSA M. HINDS | | 22.80 | 545.00 | 12,426.00 |
| MELISSA M. HINDS | | 8.20 | 515.00 | 4,223.00 |
| MICHAEL J. KELLY | | 7.30 | 450.00 | 3,285.00 |
| LANDON S. RAIFORD | | 0.50 | 370.00 | 185.00 |
| LOWELL T. YAP | | 1.10 | 275.00 | 302.50 |
| MICHAEL H. MATLOCK | | 12.00 | 275.00 | 3,300.00 |
| MICHAEL H. MATLOCK | | 1.50 | 270.00 | 405.00 |
| MARC A. PATTERSON | | 1.90 | 170.00 | 323.00 |
| | TOTAL | 66.50 | | 32,909.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLAIMS                                                    MATTER NUMBER -      10150

| | | | | |
|---|---|---|---|---|
| 12/09/09 | MHM | 1.60 | Reviewed claims registers and files for class action proofs of claim and copies of all claims. | 432.00 |
| 12/09/09 | MHM | .40 | Met with C. Steege, A. Davis and M. Hinds re claims objections. | 108.00 |
| 12/09/09 | MMH | 1.50 | Reviewed claims docket and telephone conference with FTC regarding distributions (.8); meeting with A. Davis regarding claims objection (.2); meeting with C. Steege, A. Davis, and M. Matlock to review claims and plan objections (.5). | 772.50 |
| 12/09/09 | ALD | 1.80 | Office conference with C. Steege, M. Hinds, and M. Matlock re claims objections (.4); reviewed claims objections and case law re 7th Circuit holding on class claim objections (1.4). | 585.00 |
| 12/10/09 | ALD | 2.70 | Began drafting class claims objection (2.6); telephone conference with G. Mason re 401(k) proof of claim payments to participants (.1). | 877.50 |
| 12/11/09 | ALD | 7.60 | Continued drafting class claims objection. | 2,470.00 |
| 12/14/09 | ALD | 3.70 | Continued drafting class claims objection re class claim is duplicative of FTC consumer redress program. | 1,202.50 |
| 12/15/09 | MXP | .90 | Prepared claims notebook for A. Davis. | 153.00 |
| 12/15/09 | MHM | .30 | Revised form of omnibus objection. | 81.00 |
| 12/15/09 | MHM | .90 | Reviewed claims registers and identified claims for A. Davis review. | 243.00 |
| 12/15/09 | MMH | 1.10 | Reviewed revisions to class claim objection (.8); meeting with A. Davis re same (.3). | 566.50 |
| 12/15/09 | ALD | 7.10 | Revised and edited class claims objection re individual class claim objections (4.8); office conferences with M. Hinds re first draft of objection (.3); drafted and edited omnibus duplicate claims objection (2.0). | 2,307.50 |
| 12/16/09 | CS | 1.00 | Revised objection to class claim. | 725.00 |
| 12/16/09 | ALD | 1.90 | Revised Trustee's Omnibus Objection to Duplicate Claims (1.2); office conference with M. Matlock re | 617.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---:|
| | | | obtaining copy of circuit court order for Objection filing (.2); reviewed remaining claims for objection bases (.5). | |
| 12/17/09 | CS | 1.00 | Revised objection to claim. | 725.00 |
| 12/17/09 | MHM | .80 | Drafted notices of motion and service lists for objections to class action claims. | 216.00 |
| 12/17/09 | MHM | 3.80 | Worked on preparing for e-filing, proofreading and service of objections to class action claimants. | 1,026.00 |
| 12/17/09 | MMH | .40 | Reviewed revised class claims objection. | 206.00 |
| 12/17/09 | ALD | 3.00 | Finalized class claims objection and exhibits (1.0); prepared remaining 3 individual class claims objections (1.2); reviewed claims for duplicates (.8). | 975.00 |
| 12/21/09 | MHM | .30 | Reviewed files for back-up for M. Arezina claim. | 81.00 |
| 12/21/09 | ALD | 2.90 | Office conferences with C. Steege and M. Matlock re claims objection for Mira Arezina (.5); read M. Arezina's district court complaint (.2); drafted objection to M. Arezina's proof of claim for unlawful employment action and emailed to C. Steege for review (1.9); reviewed first day orders for payroll and 401K contributions to determine objection basis for payroll distributions (.3). | 942.50 |
| 12/22/09 | MHM | .40 | Drafted proposed order (.3), prepared and filed objection to claim of M. Arezina (.1). | 108.00 |
| 12/22/09 | ALD | .30 | Drafted omnibus objection to employees' proof of claims re satisfied 401K contributions. | 97.50 |
| 12/28/09 | MHM | 1.10 | Prepared chart of paid claims for omnibus objection. | 297.00 |
| 12/28/09 | ALD | 1.50 | Continued drafting Omnibus Objection to Satisfied Claims (1.3); office conference with M. Matlock re status of unpaid vacation claims (.2). | 487.50 |
| 12/29/09 | ALD | .70 | Continued drafting Omnibus Objection to Satisfied Claims (.3); office conference with M. Hinds re basis for objection to unpaid vacation claims of employees (.1); reviewed IRS Form 5500 and plan summary disclosure re 401K plan benefits paid (.3). | 227.50 |
| 12/30/09 | MHM | .40 | Prepared revised chart of unpaid vacation claims. | 108.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 1/03/10 | GRM | .30 | Reviewed correspondence with B. Brown (PenServ Inc.) re final form 5500 filing. | 162.00 |
|---------|-----|-----|-----|-----|
| 1/06/10 | MHM | .80 | Updated exhibit to paid claims objection to include only 401(k) claims. | 220.00 |
| 1/06/10 | GRM | .30 | Reviewed B. Brown (PenServ) correspondence re plan termination and final form 5500 filing re same. | 162.00 |
| 1/06/10 | ALD | .80 | Continued drafting omnibus objection to satisfied claims. | 260.00 |
| 1/11/10 | MHM | 1.10 | Revised paid claims objections exhibit to remove vacation claims and reduce document size by reducing multiple claims to single reference lines on chart. | 302.50 |
| 1/11/10 | GRM | .50 | Corresponded with B. Brown re plan termination (.3); reviewed files re same (.2). | 270.00 |
| 1/12/10 | GRM | .30 | Corresponded with B. Brown and A. Davis re plan termination. | 162.00 |
| 1/14/10 | MHM | .60 | Prepared and proofread revised draft orders for class action claim objections. | 165.00 |
| 1/19/10 | CS | 1.00 | Attended hearing re class action claim. | 775.00 |
| 1/19/10 | MHM | .60 | Prepared service and exhibits for omnibus objection. | 165.00 |
| 1/19/10 | MHM | .60 | Revised, proofread and e-filed omnibus objection to satisfied claims. | 165.00 |
| 1/19/10 | MHM | 1.40 | Worked on service of omnibus objection to all affected parties. | 385.00 |
| 1/19/10 | ALD | .30 | Researched case information re Class Claimants appeal from denial of class status in state court. | 97.50 |
| 1/20/10 | MHM | .30 | Reviewed sources and telephone conferences with A. Davis and D. Simons re appellate court docket for class action complaint. | 82.50 |
| 1/20/10 | ALD | .30 | Office conference with M. Matlock re retrieving appellate court docket information for class claims appeal. | 97.50 |
| 1/21/10 | MHM | .20 | Reviewed files for Feigenbaum proofs of claim and forwarded same to M. Hinds and A. Davis. | 55.00 |
| 1/21/10 | MMH | .40 | Telephone conference with counsel for Mira Arazina | 218.00 |

~~1937965.1~~
1937965.2

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| | | | regarding amount of her claim against the estate (.2); telephone conference with R. Feigenbaum re objection (.2). | |
| 1/21/10 | MMH | .30 | Reviewed information re class claim. | 163.50 |
| 1/21/10 | ALD | .30 | Telephone conference with M. Hinds and R. Feigenbaum re his proofs of claim filed in case. | 97.50 |
| 1/25/10 | MMH | .10 | Telephone conference with ~~claimant~~M. Arazina's counsel regarding amount of her claim against the estate. | 54.50 |
| 2/08/10 | GRM | .30 | Reviewed correspondence re plan contribution priority. | 162.00 |
| 2/08/10 | ALD | .20 | Corresponded by with M. Hinds and G. Mason re Trustee's Omnibus Objection to Satisfied Claims. | 65.00 |
| 2/10/10 | GRM | 1.50 | Reviewed file re QNEC (plan contribution) issues. | 810.00 |
| 2/11/10 | GRM | .30 | Correspondence re plan termination and QNEC issues with Plan Administrator and Trustee. | 162.00 |
| 2/12/10 | MHM | 1.30 | Reviewed transcripts and case materials and updated reference database re same. | 357.50 |
| 2/15/10 | GRM | .80 | Corresponded with W. Scogland and M. Hinds re 2006/2007 QNEC. | 432.00 |
| 2/16/10 | GRM | .80 | Conferred with W. Scogland and M. Hinds re plan termination. | 432.00 |
| 2/17/10 | ALD | .20 | Telephone conference with C. Steege and M. Hinds re class action; contacted attorney for class claims filing to get copy for response. | 65.00 |
| 2/18/10 | ALD | .30 | Reviewed docket for opposing counsel filing (.1); emailed C. Steege re filing status (.1); drafted letter to opposing counsel regarding class action claim objection (.1). | 97.50 |
| 2/22/10 | WLS | .50 | Worked on contribution claims. | 425.00 |
| 2/22/10 | GRM | .30 | Corresponded with C. Steege, W. Scogland and M. Hinds re plan termination issues. | 162.00 |
| 2/23/10 | WLS | .50 | Studied documents re 401(k) claims. | 425.00 |
| 2/23/10 | CS | 1.00 | Attended hearing re employee claim objections. | 775.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

~~1937965.1~~
1937965.2

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 2/24/10 | WLS | .20 | Conference with C. Steege re 401(k) plan issues. | 170.00 |
|---------|-----|-----|--------------------------------------------------|--------|
| 2/24/10 | CS | .20 | Office conference with W. Scogland re documents needed re employee claims. | 155.00 |
| 2/24/10 | GRM | 4.30 | Studied file re 2006 and 2007 plan year nondiscrimination testing (2.0); drafted letter to debtor's counsel re same/QNEC issue (2.3). | 2,322.00 |
| 3/02/10 | MHM | .60 | Revised and proofread orders disallowing claims of Wagoner, Clarke, Casey, Kantor and Arezina. | 165.00 |
| 3/02/10 | CLC | .10 | Office conference with C. Steege re claim objection hearings. | 55.00 |
| 3/03/10 | CLC | 1.80 | Reviewed Arezina and Class claim objections in preparation for hearings on same (.2); attended hearing (lengthy call) on Arezina and Class claim objections (1.6). | 990.00 |
| 3/05/10 | WLS | 1.00 | Drafted communication on safe harbor contributions. | 850.00 |
| 3/05/10 | GRM | 5.50 | Researched nonelective contribution safe harbor testing regulations (2.0), ADP testing regulations (1.0) and drafted plan contribution summary letter to employees' counsel (2.5). | 2,970.00 |
| 3/06/10 | GRM | .50 | Reviewed prototype plan document (.1), adoption agreement SPD re same (.3); revised letter re same (.1). | 270.00 |
| 3/07/10 | GRM | 2.30 | Continued correspondence with W. Scogland re plan contribution summary letter (1.0); reviewed prototype plan document, adoption agreement SPD re same (1.0); revised letter re same (.3). | 1,242.00 |
| 3/08/10 | WLS | 1.50 | Worked on letter to participants' counsel re safe harbor contributions. | 1,275.00 |
| 3/08/10 | GRM | 1.80 | Revised letter plan termination summary letter. | 972.00 |
| 3/16/10 | CS | .50 | Revised letter to J. Todhunter re claim issue. | 387.50 |
| 3/17/10 | WLS | .10 | Studied communication to plan participants' counsel. | 85.00 |
| 3/18/10 | MHM | 2.10 | Reviewed files for 401(k) documents requested by L. Todhunter. | 577.50 |

LAW OFFICES

### JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 3/21/10 | GRM | .50 | Reviewed files for T. Brzeczek document request. | 270.00 |
|---|---|---|---|---|
| 3/22/10 | CS | .30 | Responded re inquiries re employee claims. | 232.50 |
| 3/22/10 | MXP | 1.60 | Reviewed boxes of case files for invoices from Bio-Ray. | 272.00 |
| 3/22/10 | MHM | 1.70 | Prepared electronic copies of 401(k) materials and forwarded same to C. Steege. | 467.50 |
| 3/22/10 | GRM | .80 | Reviewed plan termination file and assembled correspondence/materials for T. Brzeczek and C. Steege re same. | 432.00 |
| 3/26/10 | WLS | .10 | Conference with M. Hinds re 401(k) plan contribution issue. | 85.00 |
| 3/28/10 | CS | .30 | Responded to request for additional information re employee claims. | 232.50 |
| 3/30/10 | GRM | .30 | Conferred with W. Scogland re bankruptcy status. | 162.00 |
| 3/31/10 | CS | .50 | Attended hearing re claim of employees. | 387.50 |
| 4/07/10 | MJK | 2.00 | Drafted Bio-Ray objection. | 900.00 |
| 4/08/10 | MJK | .60 | Revised Bio-Ray objection. | 270.00 |
| 4/09/10 | MJK | .20 | Prepared and filed objection to Bio-Ray claim. | 90.00 |
| 4/13/10 | GRM | .30 | Conferred with C. Steege and W. Scogland re QNEC contribution issues (.1); reviewed correspondence re same (.2). | 162.00 |
| 4/20/10 | GRM | .30 | Corresponded with M. Powers re 401(k) plan participant bankruptcy claims (.2); reviewed file re same (.1). | 162.00 |
| 4/22/10 | CS | .30 | Telephone conference with J. Toddhunter re claim settlement. | 232.50 |
| 4/23/10 | GRM | .80 | Conferred with M. Powers re plan participant bankruptcy claims (.6); conferred with C. Steege re same (.2). | 432.00 |
| 4/27/10 | CS | 2.00 | Reviewed claims responses and draft order re disallowance and settlement (.6); attended claims hearing (1.0); drafted email to not settling creditors re proposal (.4). | 1,550.00 |
| 5/03/10 | CS | .20 | Telephone conference with T. Brzeczek re claim and | 155.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

|  |  |  | revised order. |  |
|---|---|---|---|---|
| 5/04/10 | CS | .10 | Telephone conference with Brzeczek re order. | 77.50 |
| 5/04/10 | CS | .20 | Revised agreed order to include L. Stein. | 155.00 |
| 5/05/10 | CS | 1.00 | Attended hearing re claims. | 775.00 |
| 5/06/10 | CS | .20 | Prepared order re employee claims. | 155.00 |
| 5/06/10 | CS | .20 | Telephone conference with Sullivan re settlement with Bio-Ray. | 155.00 |
| 5/06/10 | MHM | 3.50 | Reviewed and updated claims register (1.8); reviewed objections and orders for any claims requiring further objections (1.7). | 962.50 |
| 5/07/10 | MHM | 1.00 | Continued review of claims and claims orders. | 275.00 |
| 5/11/10 | MHM | 1.00 | Updated claims register to reflect orders entered and identified claims for further objection. | 275.00 |
| 5/12/10 | MHM | 1.20 | Reviewed claims registers, dockets and claims for disposition of certain claims. | 330.00 |
| 5/12/10 | MHM | 1.20 | Reviewed and revised remaining claims objections. | 330.00 |
| 5/13/10 | MHM | 2.00 | Met with C. Steege re draft claims objections (.3); updated, finalized, e-filed and served claims objections (2.0). | 550.00 |
| 5/14/10 | MHM | 1.40 | Reviewed release motion with Paymentech (.3); drafted objection to claim number 3 of Paymentech (.8); prepared for e-filing, e-filed and served same (.3). | 385.00 |
| 6/14/10 | MHM | .30 | Reviewed claims file and forwarded claims filed by IDOR to M. Hinds. | 82.50 |
| 6/14/10 | MMH | .30 | Review of correspondence regarding claims objection. | 163.50 |
| 6/22/10 | CS | .50 | Reviewed Illinois Department of Revenue response and reached agreement re response. | 387.50 |
| 6/22/10 | CS | .50 | Attended hearing re claims objections. | 387.50 |
| 8/23/10 | MMH | .20 | Review of e-mail from Nguyen Thu Nga regarding potential administrative expense claim. | 109.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---:|
| | | | *asserted by Investip for services allegedly provided to the estate*, confer with C. Steege, and respond to same. | |
| 8/31/10 | MHM | 1.50 | Reviewed and updated claims analysis and verified orders on claims objections. | 412.50 |
| 11/12/10 | MHM | .40 | Reviewed 401k plan materials and updated employee priority claim chart with FICA numbers (.3); corresponded with A. Lasko re same (.1). | 110.00 |
| 11/16/10 | MHM | .20 | Reviewed claims analysis for additional priority claim and forwarded to A. Lasko re same. | 55.00 |
| | | 119.80 | PROFESSIONAL SERVICES | 50,180.50 |

MATTER TOTAL                                    $ 50,180.50

1937965.1
1937965.2

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES
## MATTER 10150 – CLAIMS

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| WILLIAM L. SCOGLAND | 3.90 | 850.00 | 3,315.00 |
| CATHERINE L. STEEGE | 9.00 | 775.00 | 6,975.00 |
| CATHERINE L. STEEGE | 2.00 | 725.00 | 1,450.00 |
| CHRISTINE L. CHILDERS | 1.90 | 550.00 | 1,045.00 |
| MELISSA M. HINDS | 1.30 | 545.00 | 708.50 |
| GALEN R. MASON | 22.80 | 540.00 | 12,312.00 |
| MELISSA M. HINDS | 3.00 | 515.00 | 1,545.00 |
| MICHAEL J. KELLY | 2.80 | 450.00 | 1,260.00 |
| ANGELA L. DAVIS | 35.60 | 325.00 | 11,570.00 |
| MICHAEL H. MATLOCK | 25.00 | 275.00 | 6,875.00 |
| MICHAEL H. MATLOCK | 10.00 | 270.00 | 2,700.00 |
| MARC A. PATTERSON | 2.50 | 170.00 | 425.00 |
| TOTAL | 119.80 | | 50,180.50 |

LAW OFFICES

### JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|------:|------:|-------:|
| WILLIAM L. SCOGLAND | | 3.90 | 850.00 | 3,315.00 |
| CATHERINE L. STEEGE | | 18.20 | 775.00 | 14,105.00 |
| CATHERINE L. STEEGE | | 5.80 | 725.00 | 4,205.00 |
| CARTER H. KLEIN | | 0.70 | 625.00 | 437.50 |
| CHRISTINE L. CHILDERS | | 1.90 | 550.00 | 1,045.00 |
| MELISSA M. HINDS | | 26.90 | 545.00 | 14,660.50 |
| GALEN R. MASON | | 22.80 | 540.00 | 12,312.00 |
| MELISSA M. HINDS | | 11.60 | 515.00 | 5,974.00 |
| MICHAEL J. KELLY | | 10.10 | 450.00 | 4,545.00 |
| LANDON S. RAIFORD | | 0.50 | 370.00 | 185.00 |
| ANGELA L. DAVIS | | 35.60 | 325.00 | 11,570.00 |
| LOWELL T. YAP | | 1.10 | 275.00 | 302.50 |
| MICHAEL H. MATLOCK | | 47.90 | 275.00 | 13,172.50 |
| MICHAEL H. MATLOCK | | 13.80 | 270.00 | 3,726.00 |
| MARC A. PATTERSON | | 4.40 | 170.00 | 748.00 |
| | TOTAL | 205.20 | | 90,303.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

1937965.1
1937965.2

Document comparison by Workshare Compare on Wednesday, March 02, 2011 9:18:07 AM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://CHICAGO/1937965/1 |
| Description | CHICAGO-#1937965-v1-Parks_Invoice_for_MMH |
| Document 2 ID | PowerDocs://CHICAGO/1937965/2 |
| Description | CHICAGO-#1937965-v2-Parks_Invoice_for_MMH |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 21 |
| Deletions | 7 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 28 |